IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

| | |
|---|---|
| MARK S. WAKEFIELD<br><br>Plaintiff, | ORDER ADOPTING REPORT AND RECOMMENDATION |
| vs. | |
| WEBER STATE UNIVERSITY<br><br>Defendant. | Case No. 1:10-CV-129<br><br>Judge Dee Benson |

Before the court is the Report and Recommendation issued by United States Magistrate Judge David Nuffer on February 11, 2011, recommending that the court dismiss the complaint for failure to comply with the court's order. The parties were notified of their right to file objections to the Report and Recommendation within fourteen (14) days after receiving it. Neither party has filed such an objection.

Having reviewed all relevant materials, including the reasoning set forth in Magistrate Judge Nuffer's Report and Recommendation, the court ADOPTS the Report and Recommendation.

Accordingly, the court hereby dismisses the complaint for failure to comply with the court's order.

DATED this 15th day of March, 2011.

Dee Benson
United States District Judge